UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cause No. IP 95-42-CR-01 (L/F) |
| | ) |
| GORDON BABB, | ) |
| | ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that

Gordon Babb's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1)

*Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and

adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed

of imprisonment of 24 days in the custody of the Attorney General. Upon Mr. Babb's release from

confinement, he will not be subject to supervised release.

SO ORDERED this __19__ day of February, 2010.

William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Matt Rinka,
Assistant U. S. Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

William Marsh,
Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis,  IN 46204

U. S. Parole and Probation

U. S. Marshal